UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES FISHER,<br><br>                Plaintiff,<br><br>    v.<br><br>LEONARD CARVER III, et al.,<br><br>                Defendants. | CASE NO. C11-5931BHS<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT |

       This matter comes before the Court on Defendant Detective Knight's ("Knight") motion for summary judgment (Dkt. 16). The Court has reviewed the brief filed in support of the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

       On November 14, 2011, Plaintiff James Fisher ("Fisher") filed a complaint against numerous defendants, including Knight. Dkt. 1. Fisher alleges that, on March 12, 2008, the Defendants searched his residence, destroyed personal property during the search, and seized other personal property that has not been returned. *Id*.

       On January 12, 2012, Knight filed a motion for summary judgment. Dkt. 16. Fisher failed to respond.

## II. DISCUSSION

       Summary judgment is proper only if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c).

ORDER - 1

In this case, Fisher asserts a 42 U.S.C. § 1983 claim against Knight. Section 1983 does not contain its own statute of limitations, so courts utilize the limitations period applicable to personal injury actions in the forum state. *See Alameda Books, Inc. v. City of Los Angeles*, 631 F.3d 1031, 1041 (9th Cir. 2011). In Washington, the statute of limitations applicable to personal injury actions is three years. RCW 4.16.080(2).

The last involvement that Knight had with Fisher was March 12, 2008. Fisher filed his complaint three years and six months later. Therefore, Fisher's claims are barred by the statute of limitations.

### III.  ORDER

Therefore, it is hereby **ORDERED** that Knight's motion for summary judgment (Dkt. 16) is **GRANTED**.

DATED this 13th day of February, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge